# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  §
§
DIBARTOLO, ANDREA M  §  Case No. 14-36483
§
Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/07/2014 . The undersigned trustee was appointed on 10/07/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $   150,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 56,981.19 |
   | Bank service fees | 92.24 |
   | Other payments to creditors | 26,860.50 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 51,066.07 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  06/04/2015  and the deadline for filing governmental claims was  06/04/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 10,000.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 10,000.00 , for a total compensation of $ 10,000.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  09/23/2015                          By: /s/ANDREW J. MAXWELL, TRUSTEE
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-36483 TAB Judge: TIMOTHY A. BARNES | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DIBARTOLO, ANDREA M | Date Filed (f) or Converted (c): | 10/07/14 (f) |
| | | 341(a) Meeting Date: | 11/24/14 |
| For Period Ending: | 09/23/15 | Claims Bar Date: | 06/04/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7539 W. Devon Avenue Chicago, IL 60631 value per z | 297,449.00 | 0.00 | | 0.00 | FA |
| 2. Checking with TCF | 0.00 | 0.00 | | 0.00 | FA |
| 3. Checking with Chase pre-paid account | 0.00 | 0.00 | | 0.00 | FA |
| 4. Checking PNC pre-paid | 0.00 | 0.00 | | 0.00 | FA |
| 5. Security Deposit with people's gas | 100.00 | 0.00 | | 0.00 | FA |
| 6. Security Deposit with ComEd | 100.00 | 0.00 | | 0.00 | FA |
| 7. Furniture | 400.00 | 0.00 | | 0.00 | FA |
| 8. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 10. 2003 Cadillac CTS value per kbb.com | 3,716.00 | 0.00 | | 0.00 | FA |
| 11. PI lawsuit (u) Personal Injury lawsuit (amended 11-14) 2012-L-006265 DIBARTOLO v. WALMART STORES, et. al. | 400,000.00 | 135,000.00 | | 150,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $702,265.00 | $135,000.00 | | $150,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PI case settled, court authorized, funds received 7-15
REOPENED CASE  PI CASE PENDING
PI CASE /SPECIAL COUNSEL EMPLOYED 4/15
TFR IN PROGRESS

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 14-36483   TAB   Judge: TIMOTHY A. BARNES | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | DIBARTOLO, ANDREA M | Date Filed (f) or Converted (c): 10/07/14 (f) |
| | | 341(a) Meeting Date: 11/24/14 |
| | | Claims Bar Date: 06/04/15 |

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 14-36483 -TAB | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | DIBARTOLO, ANDREA M | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2771 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8075 | | | |
| For Period Ending: | 09/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/15 | 11 | AMERICA FAMILY INSURANCE GROUP | PERSONAL INJURY SETTLEMENT | 1242-000 | 150,000.00 | | 150,000.00 |
| 07/10/15 | 010001 | KAISER LAW<br>DANIEL J. KAISER<br>1035 S YORK ROAD<br>BENSENVILLE, IL 60106 | PI ATTY<br>FEES | 3210-000 | | 50,000.00 | 100,000.00 |
| 07/10/15 | 010002 | ADVANTEDGE as Agent for<br>MIDWEST DIAGNOSTIC PATHOLOGY<br>520 EAST 22ND STREET<br>LOMBARD, IL 60148 | LIENS<br>ACCT # L-000360776 | 4220-000 | | 82.00 | 99,918.00 |
| 07/10/15 | 010003 | ADVANTEDGE as Agent for<br>ADVANCED RADIOLOGY CONSULTANTS<br>520 EAST 22ND STREET<br>LOMBARD, IL 60148 | LIENS<br>ACCT # L-061360776 | 4220-000 | | 100.00 | 99,818.00 |
| 07/10/15 | 010004 | MALCOLM GERALD as Agent for<br>ADVOCATE MEDICAL GROUP<br>332 S MICHIGAN AVE # 600<br>CHICAGO, IL 60604 | LIEN<br>ACCT# 675777 | 4220-000 | | 800.00 | 99,018.00 |
| 07/10/15 | 010005 | MIRAMED as Agent for<br>ADVOCATE LUTHERAN GENERAL<br>99 OAK CREEK DRIVE<br>LOMBARD, IL 60148 | LIEN<br>ACCT# 8175977 | 4220-000 | | 25,078.50 | 73,939.50 |
| 07/10/15 | 010006 | HARRIS & HARRIS as Agent for<br>ADVOCATE LUTHERAN GENERAL<br>222 MERCHANDISE MART PLAZA # 1900<br>CHICAGO, IL 60654 | LIEN<br>ACCT# 17040907 | 4220-000 | | 800.00 | 73,139.50 |
| 07/10/15 | 010007 | ANDREA M DIBARTOLO<br>7539 W. Devon Ave<br>Chicago, IL 60631 | FULL AND FINAL STATUTORY PI EXEMPTI | 8100-000 | | 15,000.00 | 58,139.50 |
| 07/10/15 | 010008 | KAISER LAW | PI ATTY | 3220-000 | | 6,981.19 | 51,158.31 |

Page Subtotals 150,000.00 98,841.69

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-36483 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DIBARTOLO, ANDREA M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2771 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8075 | | |
| For Period Ending: | 09/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/15 | | DANIEL J. KAISER<br>1035 S YORK ROAD<br>BENSENVILLE, IL 60106<br>ASSOCIATED BANK | EXPENSES<br><br><br><br>BANK SERVICE FEE | 2600-000 | | 92.24 | 51,066.07 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 150,000.00 | 98,933.93 | 51,066.07 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 150,000.00 | 98,933.93 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 150,000.00 | 83,933.93 | |
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********2771) | 150,000.00 | 83,933.93 | 51,066.07 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 150,000.00 | 83,933.93 | 51,066.07 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   92.24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 23, 2015 |
|---|---|---|---|---|---|---|

Case Number: 14-36483  
Debtor Name: DIBARTOLO, ANDREA M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $5,611.82 | $0.00 | $5,611.82 |
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $10,000.00 | $0.00 | $10,000.00 |
| 000002<br>058<br>5800-00 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $1,591.12 | $0.00 | $1,591.12 |
| 000003A<br>058<br>5800-00 | IDOR<br>PO Box 64338<br>Chicago, IL 60664-0338 | Priority | | $934.93 | $0.00 | $934.93 |
| 000001<br>070<br>7100-00 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, IL 60181 | Unsecured | | $57.61 | $0.00 | $57.61 |
| 000003B<br>070<br>7100-00 | IDOR<br>PO Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $269.40 | $0.00 | $269.40 |
| 000004<br>070<br>7100-00 | Brazos Student Finance Corporation<br>Murray Watson, Jr. & Associates<br>2600 Washington Ave.<br>Waco, TX 76710 | Unsecured | | $142,094.97 | $0.00 | $142,094.97 |
| 000005<br>070<br>7100-00 | Acapita Education Finance Corporation<br>Murray Watson, Jr. & Associates<br>2600 Washington Avenue<br>Waco, TX 76710 | Unsecured | | $76,153.86 | $0.00 | $76,153.86 |
| 000006<br>070<br>7100-00 | Metro Animal Service<br>c/o Collection Professionals Inc.<br>PO Box 416<br>LaSalle, IL 61301 | Unsecured | | $2,481.42 | $0.00 | $2,481.42 |
| 000007<br>070<br>7100-00 | Cavalry SPV II, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $6,547.75 | $0.00 | $6,547.75 |
| 000008<br>070<br>7100-00 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53704-8973 | Unsecured | | $141,875.99 | $0.00 | $141,875.99 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 23, 2015

Case Number:  14-36483
Debtor Name:  DIBARTOLO, ANDREA M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | KEYBANK N.A. C/O WELTMAN, wEINBERG & REIS CO. 323 W. LAKESIDE AVENUE, STE 200 CLEVELAND, OH 44113 | Unsecured | | $11,323.69 | $0.00 | $11,323.69 |
| 000010 070 7100-00 | American InfoSource LP as agent for DIRECTV, LLC PO Box 51178 Los Angeles, CA 90051-5478 | Unsecured | | $343.31 | $0.00 | $343.31 |
| 000011 070 7100-00 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $1,275.74 | $0.00 | $1,275.74 |
| | Case Totals: | | | $400,561.61 | $0.00 | $400,561.61 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-36483
Case Name: DIBARTOLO, ANDREA M
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

| | | |
|---|---|---|
| Balance on hand | $ | 51,066.07 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 10,000.00 | $ 0.00 | $ 10,000.00 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 5,555.00 | $ 0.00 | $ 5,555.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 56.82 | $ 0.00 | $ 56.82 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 15,611.82 |
| Remaining Balance | $ 35,454.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,526.05 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | IRS | $ 1,591.12 | $ 0.00 | $ 1,591.12 |
| 000003A | IDOR | $ 934.93 | $ 0.00 | $ 934.93 |
| | Total to be paid to priority creditors | | | $ 2,526.05 |
| | Remaining Balance | | | $ 32,928.20 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 382,423.74  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  8.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ 57.61 | $ 0.00 | $ 4.96 |
| 000004 | Brazos Student Finance Corporation | $ 142,094.97 | $ 0.00 | $ 12,234.94 |
| 000005 | Acapita Education Finance Corporation | $ 76,153.86 | $ 0.00 | $ 6,557.15 |
| 000006 | Metro Animal Service | $ 2,481.42 | $ 0.00 | $ 213.66 |
| 000007 | Cavalry SPV II, LLC | $ 6,547.75 | $ 0.00 | $ 563.79 |
| 000008 | US DEPT OF EDUCATION | $ 141,875.99 | $ 0.00 | $ 12,216.08 |
| 000009 | KEYBANK N.A. | $ 11,323.69 | $ 0.00 | $ 975.01 |
| 000010 | American InfoSource LP as agent for | $ 343.31 | $ 0.00 | $ 29.56 |
| 000011 | Capital One, N.A. | $ 1,275.74 | $ 0.00 | $ 109.85 |
| 000003B | IDOR | $ 269.40 | $ 0.00 | $ 23.20 |

    Total to be paid to timely general unsecured creditors      $      32,928.20

    Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE