UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DIBARTOLO, ANDREA M § Case No. 14-36483
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BK COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/21/2015 in Courtroom 613,
        UNITED STATES COURTHOUSE
        219 S DEARBORN STREET
        CHICAGO, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/24/2015                By: /s/ Andrew J. Maxwell
                                                                             Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                          §
                                §
                                §
DIBARTOLO, ANDREA M             §    Case No. 14-36483
                                §
         Debtor(s)              §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 150,000.00 |
| and approved disbursements of | $ 98,933.93 |
| leaving a balance on hand of[1] | $ 51,066.07 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 10,000.00 | $ 0.00 | $ 10,000.00 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 5,555.00 | $ 0.00 | $ 5,555.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 56.82 | $ 0.00 | $ 56.82 |
| Total to be paid for chapter 7 administrative expenses | | | $ 15,611.82 |
| Remaining Balance | | | $ 35,454.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,526.05  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | IRS | $ 1,591.12 | $ 0.00 | $ 1,591.12 |
| 000003A | IDOR | $ 934.93 | $ 0.00 | $ 934.93 |

Total to be paid to priority creditors         $         2,526.05

Remaining Balance         $       32,928.20

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 382,423.74  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  8.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ 57.61 | $ 0.00 | $ 4.96 |
| 000004 | Brazos Student Finance Corporation | $ 142,094.97 | $ 0.00 | $ 12,234.94 |
| 000005 | Acapita Education Finance Corporation | $ 76,153.86 | $ 0.00 | $ 6,557.15 |
| 000006 | Metro Animal Service | $ 2,481.42 | $ 0.00 | $ 213.66 |
| 000007 | Cavalry SPV II, LLC | $ 6,547.75 | $ 0.00 | $ 563.79 |
| 000008 | US DEPT OF EDUCATION | $ 141,875.99 | $ 0.00 | $ 12,216.08 |
| 000009 | KEYBANK N.A. | $ 11,323.69 | $ 0.00 | $ 975.01 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | American InfoSource LP as agent for | $ 343.31 | $ 0.00 | $ 29.56 |
| 000011 | Capital One, N.A. | $ 1,275.74 | $ 0.00 | $ 109.85 |
| 000003B | IDOR | $ 269.40 | $ 0.00 | $ 23.20 |

Total to be paid to timely general unsecured creditors    $    32,928.20

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-36483-TAB
Andrea M DiBartolo                                                    Chapter 7
        Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: bchavez              Page 1 of 3              Date Rcvd: Sep 25, 2015
                              Form ID: pdf006            Total Noticed: 88

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2015.
```
db            +Andrea M DiBartolo,   7539 W. Devon Ave,    Chicago, IL 60631-1535
22491940       AT&T,   Bill Payment Center,   Chicago, IL 60605
23050592      +Acapita Education Finance Corporation,    Murray Watson, Jr. & Associates,
                2600 Washington Avenue,    Waco, TX 76710-7449
22491936      +Advocate Lutheran General,   PO Box 4249,    Carol Stream, IL 60197-4249
23321313       American InfoSource LP as agent for,    DIRECTV, LLC,   PO Box 51178,
                Los Angeles, CA 90051-5478
22491943     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bk Of Amer,    Po Box 982235,   El Paso, TX 79998)
22491941      +Barclays Bank Delaware,   Attn: Bankruptcy,    P.O. Box 8801,   Wilmington, DE 19899-8801
23131293      +Bayview Loan Servicing, LLC, a Delaware Limited Li,    c/o Pierce & Associates,
                1 N. Dearborn, Suite 1300,    Chicago, IL 60602-4321
22491942      +Bessenbacher Commercial Credit,   PO Box 480108,    Kansas City, MO 64148-0108
22491945      +Brazos Educ,   Po Box 1308,   Waco, TX 76703-1308
23050470      +Brazos Student Finance Corporation,    Murray Watson, Jr. & Associates,   2600 Washington Ave.,
                Waco, TX 76710-7449
22491947      +Brazose/glhe,   2401 International,    Madison, WI 53704-3121
22491949      +Brzos/glelsi,   P.o. Box 7860,   Madison, WI 53707-7860
22491956     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                Po Box 20507,   Kansas City, MO 64195)
22491951      +Cap1/bstby,   Po Box 30253,   Salt Lake City, UT 84130-0253
22491952      +Cap1/carsn,   Po Box 30253,   Salt Lake City, UT 84130-0253
22491953      +Cap1/herbg,   Po Box 15521,   Wilmington, DE 19850-5521
23348825       Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
22491955      +Chicago Veterinary HSE Calls,   7539 W. Devon Avenue,    Chicago, IL 60631-1535
22491958      +Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
22491959      +City of Chicago Department of Finan,    PO Box 6330,   Chicago, IL 60680-6330
22491960      +Collection Prof/lasalle,   Po Box 416,    La Salle, IL 61301-0416
22491962      +Diversified Consultants,   PO Box 1117,    Charlotte, NC 28201-1117
22491934      +Dr. J.C. Gamze,   3800 N. Wilke Road,    Suite 160,   Arlington Heights, IL 60004-1286
22491963      +Ear, Nose & Throat Center,   1875 Dempster Street,    Suite 301,   Park Ridge, IL 60068-1127
22491977      +Eos Cca,   700 Longwater Dr,   Norwell, MA 02061-1624
22491981      +Geico Remittance Center,   1 Geico Plaza,    Bethesda, MD 20810-0002
22491982      +Glelsi/brazos Eic Priv,   Po Box 7860,    Madison, WI 53707-7860
22491983      +Glelsi/brazos Hgher Ed,   Po Box 7860,    Madison, WI 53707-7860
22491986       IDOR,   PO Box 64338,   Chicago, IL 60664-0338
22491987      +IL Bone and Joint Institute,   5057 Paysphere Circle,    Chicago, IL 60674-0050
22491988       IndyMac Bank/OneWest Bank,   Attn:Bankruptcy Department,    290 Esperanza Crossing,
                Austin, TX 78758
22491991      +John Ranieri DDS,   933 N. Northwest Hwy,    Park Ridge, IL 60068-5900
22491995      +Law Offices of Pucin & Friedland,    1699 East Woodfield Road,    Suite 360A,
                Schaumburg, IL 60173-4935
22491996      +Linebarger Goggan Blair & Samopson,    PO Box 06140,   Chicago, IL 60606-0140
22491997      +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
22491998      +Med Business Bureau,   Po Box 1219,    Park Ridge, IL 60068-7219
22492001      +Med-Vet International,   13822 W. Boulton Blvd.,    Lake Forest, IL 60045-4502
22492002      +Medical Business Bureau,   PO Box 1219,    Park Ridge, IL 60068-7219
22492003      +Merchants Cr,   223 W. Jackson Blvd.,    Suite 400,   Chicago, IL 60606-6974
23059424      +Metro Animal Service,   c/o Collection Professionals Inc.,    PO Box 416,
                LaSalle, IL 61301-0416
22492005      +Midwest Bank,   1601 N. Milwaukee,    Chicago, IL 60647-5411
22492020      +NW Infectious Disease Con,   36490 Treasury Center,    Chicago, IL 60694-6400
22492011       Ncofin/980,   600 Holiday Plaza,   Matteson, IL 60443-2241
22492021      +Park Ridge Anesthesiology,   PO BOX 1123,    Jackson, MI 49204-1123
22492022      +Peoples Gas,   Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
                Chicago, IL 60601-6207
23050469      +Ray Rushing,   Murray Watson, Jr. & Associates,   2600 Washington Avenue,    Waco, TX 76710-7449
22492025      +Regional Recovery Serv,   5250 S Homan Ave,    Hammond, IN 46320-1722
22492027      +Slm Financial Corp,   Po Box 9500,   Wilkes Barre, PA 18773-9500
22492028      +Slm Financial Corp,   11100 Usa Pkwy,    Fishers, IN 46037-9203
22492029      +Society Natl/pheaa,   Po Box 61047,    Harrisburg, PA 17106-1047
22492033      +Sunrise Credit Service,   234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3938
22492037      +TCF National Bank,   800 Burr Ridge Parkway,    Burr Ridge, IL 60527-0865
22492039     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,    Toyota Financial Services,   Po Box 8026,
                Cedar Rapids, IA 52408)
22492034      +Target N.b.,   Po Box 673,   Minneapolis, MN 55440-0673
22492035      +Tcf Mortgage Corporati,   Attn: Legal Dept,    801 Marquette Ave,   Minneapolis, MN 55402-3475
22492038      +The Shindler law firm,   1990 E. Algonquin Rd, Ste 180,    Schaumburg, IL 60173-4164
23281785      +US DEPT OF EDUCATION,   CLAIMS FILING UNIT,    PO BOX 8973,   MADISON, WI 53708-8973
22492040      +Us Dept Of/glelsi,   Po Box 7860,   Madison, WI 53707-7860
22492041      +Us Dept Of Education,   Attn: Bankruptcy,    Po Box 16448,   Saint Paul, MN 55116-0448
22492044      +Village of Niles,   PO Box 88850,   Carol Stream, IL 60188-0850
```

```
District/off: 0752-1          User: bchavez             Page 2 of 3            Date Rcvd: Sep 25, 2015
                              Form ID: pdf006          Total Noticed: 88


22491935       +advanced radiology consultants,    520 E 22nd St,    Lombard, IL 60148-6110
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22491938        E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 26 2015 01:21:53     American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
22491937       +E-mail/PDF: cbp@springleaf.com Sep 26 2015 01:19:31
                 American General Financial/Springleaf Fi,    Springleaf Financial/Attn: Bankruptcy De,
                 Po Box 3251,    Evansville, IN 47731-3251
22491939       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Sep 26 2015 01:23:26     Armor Systems Co,    1700 Kiefer Dr,
                 Ste 1,    Zion, IL 60099-5105
22491948       +E-mail/Text: updates@brennanclark.com Sep 26 2015 01:22:16     Brennan & Clark Ltd.,
                 721 E. Madison,    Suite 200,    Villa Park, IL 60181-3083
22491950       +E-mail/Text: ebn@squaretwofinancial.com Sep 26 2015 01:22:16     Cach Llc/Square Two Financial,
                 Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
22491954       +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2015 07:54:02     Care Credit,    PO Box 960061,
                 Orlando, FL 32896-0061
23101306       +E-mail/Text: bankruptcy@cavps.com Sep 26 2015 01:22:03     Cavalry SPV II, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
22491961       +E-mail/Text: legalcollections@comed.com Sep 26 2015 01:23:02     ComEd,    3 Lincoln Center,
                 Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
22573482       +E-mail/Text: legalcollections@comed.com Sep 26 2015 01:23:02     Commonwealth Edison Company,
                 3 Lincoln Center,    Attn: Bankruptcy Department,    Oakbrook Terrace, IL 60181-4204
22491964       +E-mail/Text: bankruptcy@ersinc.com Sep 26 2015 01:22:33     Enterprise Recovery Sy,
                 2000 York Rd Ste 114,    Oak Brook, IL 60523-8863
22491978        E-mail/Text: data_processing@fin-rec.com Sep 26 2015 01:21:15
                 Financial Recovery Services, Inc.,    P.O. Box 385908,    Minneapolis, MN 55438-5908
22491979       +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2015 01:19:12     GECRB /HH Gregg,
                 Attention:Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
22491980       +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2015 07:53:55     GECRB/Banana Republic,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
22491984       +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2015 01:19:33     Home Depot,    Dept 51,
                 P.O. Box 105982,    Atlanta, GA 30348-5982
22491985       +E-mail/Text: bankruptcy@icsystem.com Sep 26 2015 01:22:38     IC System,    Attn: Bankruptcy,
                 444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
22491990        E-mail/Text: cio.bncmail@irs.gov Sep 26 2015 01:21:07     IRS,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
23292236       +E-mail/Text: BKRMailOps@weltman.com Sep 26 2015 01:21:50     KEYBANK N.A.,
                 C/O WELTMAN, wEINBERG & REIS CO.,    323 W. LAKESIDE AVENUE, STE 200,
                 CLEVELAND, OH 44113-1009
22491992       +E-mail/Text: inbound_collections@keybank.com Sep 26 2015 01:21:59     Keybank NA,
                 Key Bank; Attention: Recovery Payment Pr,    4910 Tiedeman Road (Routing Code: 08-01-,
                 Brooklyn, OH 44144-2338
22491994       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 26 2015 01:20:56     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
22492004       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 26 2015 01:21:36     Midland Credit Mgmt In,
                 8875 Aero Dr,    San Diego, CA 92123-2255
22492007       +E-mail/Text: egssupportservices@egscorp.com Sep 26 2015 01:21:57     Nco Financial Systems,,
                 600 Holiday Plaza,    Matteson, IL 60443-2238
22492006       +E-mail/Text: egssupportservices@egscorp.com Sep 26 2015 01:21:57     Nco Financial Systems,,
                 600 Holiday Plaza Dr Ste,    Matteson, IL 60443-2238
22492019       +E-mail/Text: clientservices@northwestcollectors.com Sep 26 2015 01:21:13
                 Northwest Collectors,    3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3143
22492026       +E-mail/Text: bk@rgsfinancial.com Sep 26 2015 01:20:44     RGS Collections,    PO Box 852039,
                 Richardson, TX 75085-2039
22492032        E-mail/PDF: cbp@springleaf.com Sep 26 2015 01:18:42     Springleaf Financial Services,
                 Attention: Bankruptcy Department,    Po Box 3251,    Evansville, IN 47731
22492045       +E-mail/Text: law@oak-park.us Sep 26 2015 01:22:00     Village of Oak Park,    123 Madison Street,
                 Oak Park, IL 60302-4295
                                                                                               TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22491944*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
22491946*      +Brazos Educ,    Po Box 1308,    Waco, TX 76703-1308
22491965*      +Enterprise Recovery Sy,    2000 York Rd Ste 114,    Oak Brook, IL 60523-8863
22491966*      +Enterprise Recovery Sy,    2000 York Rd Ste 114,    Oak Brook, IL 60523-8863
22491967*      +Enterprise Recovery Sy,    2000 York Rd Ste 114,    Oak Brook, IL 60523-8863
22491968*      +Enterprise Recovery Sy,    2000 York Rd Ste 114,    Oak Brook, IL 60523-8863
22491969*      +Enterprise Recovery Sy,    2000 York Rd Ste 114,    Oak Brook, IL 60523-8863
22491970*      +Enterprise Recovery Sy,    2000 York Rd Ste 114,    Oak Brook, IL 60523-8863
22491971*      +Enterprise Recovery Sy,    2000 York Rd Ste 114,    Oak Brook, IL 60523-8863
22491972*      +Enterprise Recovery Sy,    2000 York Rd Ste 114,    Oak Brook, IL 60523-8863
22491973*      +Enterprise Recovery Sy,    2000 York Rd Ste 114,    Oak Brook, IL 60523-8863
22491974*      +Enterprise Recovery Sy,    2000 York Rd Ste 114,    Oak Brook, IL 60523-8863
22491975*      +Enterprise Recovery Sy,    2000 York Rd Ste 114,    Oak Brook, IL 60523-8863
22491976*      +Enterprise Recovery Sy,    2000 York Rd Ste 114,    Oak Brook, IL 60523-8863
22491989*       IndyMac Bank/OneWest Bank,    Attn:Bankruptcy Department,    290 Esperanza Crossing,
                 Austin, TX 78758
22491993*      +Keybank NA,    Key Bank; Attention: Recovery Payment Pr,
                 4910 Tiedeman Road (Routing Code: 08-01-,    Brooklyn, OH 44144-2338
```

```
District/off: 0752-1           User: bchavez              Page 3 of 3                  Date Rcvd: Sep 25, 2015
                               Form ID: pdf006            Total Noticed: 88


              ***** BYPASSED RECIPIENTS (continued) *****
22491999*      +Med Business Bureau,    Po Box 1219,    Park Ridge, IL 60068-7219
22492000*      +Med Business Bureau,    Po Box 1219,    Park Ridge, IL 60068-7219
22492008*      +Nco Financial Systems,,    600 Holiday Plaza,    Matteson, IL 60443-2238
22492009*      +Nco Financial Systems,,    600 Holiday Plaza,    Matteson, IL 60443-2238
22492010*      +Nco Financial Systems,,    600 Holiday Plaza,    Matteson, IL 60443-2238
22492012*      +Ncofin/980,    600 Holiday Plaza,    Matteson, IL 60443-2241
22492013*      +Ncofin/980,    600 Holiday Plaza,    Matteson, IL 60443-2241
22492014*      +Ncofin/980,    600 Holiday Plaza,    Matteson, IL 60443-2241
22492015*      +Ncofin/980,    600 Holiday Plaza,    Matteson, IL 60443-2241
22492016*      +Ncofin/980,    600 Holiday Plaza,    Matteson, IL 60443-2241
22492017*      +Ncofin/980,    600 Holiday Plaza,    Matteson, IL 60443-2241
22492018*      +Ncofin/980,    600 Holiday Plaza,    Matteson, IL 60443-2241
22492024*      +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
                 Chicago, IL 60601-6207
22492023*      +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
                 Chicago, IL 60601-6207
22492030*      +Society Natl/pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
22492031*      +Society Natl/pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
22492036*      +Tcf Mortgage Corporati,    Attn: Legal Dept,    801 Marquette Ave,    Minneapolis, MN 55402-3475
22492042*      +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
22492043*      +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
22491957      ##+Citifinancial,    Bk Remittance,    Po Box 140069,    Irving, TX 75014-0069
                                                                                              TOTALS: 0, * 35, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2015 at the address(es) listed below:
          Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
           llandpotts.com;vbarad@maxwellandpotts.com
          Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Andrew J Nelson    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company anelson@atty-pierce.com, northerndistrict@atty-pierce.com
          Janna L Quarless    on behalf of Debtor Andrea M DiBartolo jquarless@semradlaw.com,
           rjscourtdocs@gmail.com
          Kinnera Bhoopal    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company kinnera.bhoopal@pierceservices.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Yisroel Y Moskovits    on behalf of Debtor Andrea M DiBartolo imoskovits@semradlaw.com,
           rjscourtdocs@gmail.com
                                                                                             TOTAL: 8
```