# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

In re:                                  §
                                        §
DIBARTOLO, ANDREA M                     §        Case No. 14-36483
                                        §
            Debtor                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 283,765.00              Assets Exempt: 18,500.00
(*Without deducting any secured claims*)

Total Distributions to Claimants:  62,314.75        Claims Discharged
                                                    Without Payment:  833,021.22

Total Expenses of Administration:  72,685.25

3) Total gross receipts of $ 150,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 135,000.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 374,242.00 | $ 26,860.50 | $ 26,860.50 | $ 26,860.50 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 72,685.25 | 72,685.25 | 72,685.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,526.05 | 2,526.05 | 2,526.05 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 483,525.68 | 382,423.74 | 382,423.74 | 32,928.20 |
| **TOTAL DISBURSEMENTS** | $ 857,767.68 | $ 484,495.54 | $ 484,495.54 | $ 135,000.00 |

4) This case was originally filed under chapter 7 on 10/07/2014 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/11/2016                      By:/s/ANDREW J. MAXWELL, TRUSTEE
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI lawsuit | 1242-000 | 150,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 150,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ANDREA M DIBARTOLO | Exemptions | 8100-000 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Financial Recovery Services, Inc. P.O. Box 385908 Minneapolis, MN 55438-5908 | | 1,431.00 | NA | NA | 0.00 |
| | Tcf Mortgage Corporati Attn: Legal Dept 801 Marquette Ave Minneapolis, MN 55402 | | 372,811.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADVANTEDGE AS AGENT FOR | 4220-000 | NA | 182.00 | 182.00 | 182.00 |
| | HARRIS & HARRIS AS AGENT FOR | 4220-000 | NA | 800.00 | 800.00 | 800.00 |
| | MALCOLM GERALD AS AGENT FOR | 4220-000 | NA | 800.00 | 800.00 | 800.00 |
| | MIRAMED AS AGENT FOR | 4220-000 | NA | 25,078.50 | 25,078.50 | 25,078.50 |
| **TOTAL SECURED CLAIMS** | | | $ 374,242.00 | $ 26,860.50 | $ 26,860.50 | $ 26,860.50 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| ASSOCIATED BANK | 2600-000 | NA | 92.24 | 92.24 | 92.24 |
| KAISER LAW | 3210-000 | NA | 50,000.00 | 50,000.00 | 50,000.00 |
| MAXWELL LAW GROUP, LLC | 3210-000 | NA | 5,555.00 | 5,555.00 | 5,555.00 |
| KAISER LAW | 3220-000 | NA | 6,981.19 | 6,981.19 | 6,981.19 |
| MAXWELL LAW GROUP, LLC | 3220-000 | NA | 56.82 | 56.82 | 56.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 72,685.25 | $ 72,685.25 | $ 72,685.25 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IDOR PO Box 64338 Chicago, IL 60664-0338 | | 0.00 | NA | NA | 0.00 |
| | IRS P.O. Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| 000003A | IDOR | 5800-000 | NA | 934.93 | 934.93 | 934.93 |
| 000002 | IRS | 5800-000 | NA | 1,591.12 | 1,591.12 | 1,591.12 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 2,526.05 | $ 2,526.05 | $ 2,526.05 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Bill Payment Center Chicago, IL 60605 | | 202.43 | NA | NA | 0.00 |
| | Advocate Lutheran General PO Box 4249 Carol Stream, IL 60197 | | 41,435.00 | NA | NA | 0.00 |
| | American General Financial/Springleaf Fi Springleaf Financial/Attn: Bankruptcy De Po Box 3251 Evansville, IN 47731 | | 0.00 | NA | NA | 0.00 |
| | American Honda Finance Po Box 168088 Irving, TX 75016 | | 0.00 | NA | NA | 0.00 |
| | Armor Systems Co 1700 Kiefer Dr Ste 1 Zion, IL 60099 | | 1,389.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware Attn: Bankruptcy P.O. Box 8801 Wilmington, DE 19899 | | 0.00 | NA | NA | 0.00 |
| | Bessenbacher Commercial Credit PO Box 480108 Kansas City, MO 64148 | | 1,939.56 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 6,367.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 2,834.00 | NA | NA | 0.00 |
| | Brazos Educ Po Box 1308 Waco, TX 76703 | | 0.00 | NA | NA | 0.00 |
| | Brazos Educ Po Box 1308 Waco, TX 76703 | | 0.00 | NA | NA | 0.00 |
| | Brazose/glhe 2401 International Madison, WI 53704 | | 0.00 | NA | NA | 0.00 |
| | Brennan & Clark Ltd. 721 E. Madison Suite 200 Villa Park, IL 60181 | | 777.23 | NA | NA | 0.00 |
| | Brzos/glelsi P.o. Box 7860 Madison, WI 53707 | | 0.00 | NA | NA | 0.00 |
| | Cach Llc/Square Two Financial Attention: Bankruptcy 4340 South Monaco St.  2nd Floor Denver, CO 80237 | | 344.00 | NA | NA | 0.00 |
| | Cap1/bstby Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Cap1/carsn Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap1/herbg Po Box 15521 Wilmington, DE 19805 | | 0.00 | NA | NA | 0.00 |
| | Care Credit PO Box 960061 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Citibank Usa Citicorp Credit Services/Attn:Centralize Po Box 20507 Kansas City, MO 64195 | | 4,001.00 | NA | NA | 0.00 |
| | Citifinancial Bk Remittance Po Box 140069 Irving, TX 75019 | | 0.00 | NA | NA | 0.00 |
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | 0.00 | NA | NA | 0.00 |
| | City of Chicago Department of Finan PO Box 6330 Chicago, IL 60680 | | 1,909.92 | NA | NA | 0.00 |
| | Collection Prof/lasalle Po Box 416 La Salle, IL 61301 | | 2,270.95 | NA | NA | 0.00 |
| | ComEd 3 Lincoln Center Attn: Bankruptcy Section Oakbrook Terrace, IL 60181 | | 314.07 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Diversified Consultants PO Box 1117 Charlotte, NC 28201 | | 343.31 | NA | NA | 0.00 |
| | Dr. J.C. Gamze 3800 N. Wilke Road Suite 160 Arlington Heights, IL 60004 | | 495.00 | NA | NA | 0.00 |
| | Ear, Nose & Throat Center 1875 Dempster Street Suite 301 Park Ridge, IL 60068 | | 0.00 | NA | NA | 0.00 |
| | Enterprise Recovery Sy 2000 York Rd Ste 114 Oak Brook, IL 60523 | | 46,187.00 | NA | NA | 0.00 |
| | Enterprise Recovery Sy 2000 York Rd Ste 114 Oak Brook, IL 60523 | | 29,851.00 | NA | NA | 0.00 |
| | Enterprise Recovery Sy 2000 York Rd Ste 114 Oak Brook, IL 60523 | | 24,870.00 | NA | NA | 0.00 |
| | Enterprise Recovery Sy 2000 York Rd Ste 114 Oak Brook, IL 60523 | | 17,071.00 | NA | NA | 0.00 |
| | Enterprise Recovery Sy 2000 York Rd Ste 114 Oak Brook, IL 60523 | | 14,445.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enterprise Recovery Sy 2000 York Rd Ste 114 Oak Brook, IL 60523 | | 13,673.00 | NA | NA | 0.00 |
| | Enterprise Recovery Sy 2000 York Rd Ste 114 Oak Brook, IL 60523 | | 13,531.00 | NA | NA | 0.00 |
| | Enterprise Recovery Sy 2000 York Rd Ste 114 Oak Brook, IL 60523 | | 13,394.00 | NA | NA | 0.00 |
| | Enterprise Recovery Sy 2000 York Rd Ste 114 Oak Brook, IL 60523 | | 10,648.00 | NA | NA | 0.00 |
| | Enterprise Recovery Sy 2000 York Rd Ste 114 Oak Brook, IL 60523 | | 10,648.00 | NA | NA | 0.00 |
| | Enterprise Recovery Sy 2000 York Rd Ste 114 Oak Brook, IL 60523 | | 10,648.00 | NA | NA | 0.00 |
| | Enterprise Recovery Sy 2000 York Rd Ste 114 Oak Brook, IL 60523 | | 7,666.00 | NA | NA | 0.00 |
| | Enterprise Recovery Sy 2000 York Rd Ste 114 Oak Brook, IL 60523 | | 4,988.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Eos Cca 700 Longwater Dr Norwell, MA 02061 | | 81.00 | NA | NA | 0.00 |
| | GECRB /HH Gregg Attention:Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/Banana Republic Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Geico Remittance Center 1 Geico Plaza Bethesda, MD 20810 | | 357.12 | NA | NA | 0.00 |
| | Glelsi/brazos Eic Priv Po Box 7860 Madison, WI 53707 | | 0.00 | NA | NA | 0.00 |
| | Glelsi/brazos Hgher Ed Po Box 7860 Madison, WI 53707 | | 0.00 | NA | NA | 0.00 |
| | Home Depot Dept 51 P.O. Box 105982 Atlanta, GA 30353-5982 | | 0.00 | NA | NA | 0.00 |
| | IC System Attn: Bankruptcy 444 Highway 96 East; Po Box 64378 St. Paul, MN 55164 | | 48.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IL Bone and Joint Institute 5057 Paysphere Circile Chicago, IL 60674 | | 10,000.00 | NA | NA | 0.00 |
| | IndyMac Bank/OneWest Bank Attn:Bankruptcy Department 290 Esperanza Crossing Austin, TX 78758 | | 0.00 | NA | NA | 0.00 |
| | IndyMac Bank/OneWest Bank Attn:Bankruptcy Department 290 Esperanza Crossing Austin, TX 78758 | | 0.00 | NA | NA | 0.00 |
| | John Ranieri DDS 933 N. Northwest Hwy Park Ridge, IL 60068 | | 551.80 | NA | NA | 0.00 |
| | Keybank NA Key Bank; Attention: Recovery Payment Pr 4910 Tiedeman Road (Routing Code: 08-01- Brooklyn, OH 44144 | | 11,167.00 | NA | NA | 0.00 |
| | Keybank NA Key Bank; Attention: Recovery Payment Pr 4910 Tiedeman Road (Routing Code: 08-01- Brooklyn, OH 44144 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 1,275.00 | NA | NA | 0.00 |
| | Law Offices of Pucin & Friedland 1699 East Woodfield Road Suite 360A Schaumburg, IL 60173 | | 1,458.97 | NA | NA | 0.00 |
| | Linebarger Goggan Blair & Samopson PO Box 06140 Chicago, IL 60606 | | 1,423.08 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 200.00 | NA | NA | 0.00 |
| | Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | 880.00 | NA | NA | 0.00 |
| | Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | 805.00 | NA | NA | 0.00 |
| | Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | 605.00 | NA | NA | 0.00 |
| | Med-Vet International 13822 W. Boulton Blvd. Lake Forest, IL 60045 | | 356.56 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Business Bureau PO Box 1219 Park Ridge, IL 60068 | | 2,290.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 1,040.00 | NA | NA | 0.00 |
| | Midland Credit Mgmt In 8875 Aero Dr San Diego, CA 92123 | | 0.00 | NA | NA | 0.00 |
| | Midwest Bank 1601 N. Milwaukee Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | NW Infectious Disease Con 36490 Treasury Center Chicago, IL 60694 | | 495.00 | NA | NA | 0.00 |
| | Nco Financial Systems, 600 Holiday Plaza Dr Ste Matteson, IL 60443 | | 3,680.00 | NA | NA | 0.00 |
| | Nco Financial Systems, 600 Holiday Plaza Matteson, IL 60443 | | 1,359.00 | NA | NA | 0.00 |
| | Nco Financial Systems, 600 Holiday Plaza Matteson, IL 60443 | | 286.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nco Financial Systems, 600 Holiday Plaza Matteson, IL 60443 | | 215.00 | NA | NA | 0.00 |
| | Nco Financial Systems, 600 Holiday Plaza Matteson, IL 60443 | | 213.00 | NA | NA | 0.00 |
| | Ncofin/980 600 Holiday Plaza Matteson, IL 60443 | | 715.00 | NA | NA | 0.00 |
| | Ncofin/980 600 Holiday Plaza Matteson, IL 60443 | | 642.00 | NA | NA | 0.00 |
| | Ncofin/980 600 Holiday Plaza Matteson, IL 60443 | | 571.00 | NA | NA | 0.00 |
| | Ncofin/980 600 Holiday Plaza Matteson, IL 60443 | | 500.00 | NA | NA | 0.00 |
| | Ncofin/980 600 Holiday Plaza Matteson, IL 60443 | | 428.00 | NA | NA | 0.00 |
| | Ncofin/980 600 Holiday Plaza Matteson, IL 60443 | | 286.00 | NA | NA | 0.00 |
| | Ncofin/980 600 Holiday Plaza Matteson, IL 60443 | | 286.00 | NA | NA | 0.00 |
| | Ncofin/980 600 Holiday Plaza Matteson, IL 60443 | | 214.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Collectors 3601 Algonquin Rd Ste 23 Rolling Meadows, IL 60008 | | 200.00 | NA | NA | 0.00 |
| | Park Ridge Anesthesiology PO BOX 1123 Jackson, MI 49204 | | 2,290.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 739.02 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | RGS Collections PO Box 852039 Richardson, TX 75085 | | 611.32 | NA | NA | 0.00 |
| | Regional Recovery Serv 5250 S Homan Ave Hammond, IN 46320 | | 200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Slm Financial Corp 11100 Usa Pkwy Fishers, IN 46037 | | 0.00 | NA | NA | 0.00 |
| | Slm Financial Corp Po Box 9500 Wilkes Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Society Natl/pheaa Po Box 61047 Harrisburg, PA 17106 | | 0.00 | NA | NA | 0.00 |
| | Society Natl/pheaa Po Box 61047 Harrisburg, PA 17106 | | 0.00 | NA | NA | 0.00 |
| | Society Natl/pheaa Po Box 61047 Harrisburg, PA 17106 | | 0.00 | NA | NA | 0.00 |
| | Springleaf Financial Services Attention: Bankruptcy Department Po Box 3251 Evansville, IN 47731 | | 1,603.40 | NA | NA | 0.00 |
| | Sunrise Credit Service 234 Airport Plaza Blvd S Farmingdale, NY 11735 | | 4,636.00 | NA | NA | 0.00 |
| | TCF National Bank 800 Burr Ridge Parkway Burr Ridge, IL 60521 | | 3,797.49 | NA | NA | 0.00 |
| | Target N.b. Po Box 673 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tcf Mortgage Corporati Attn: Legal Dept 801 Marquette Ave Minneapolis, MN 55402 | | 0.00 | NA | NA | 0.00 |
| | The Shindler law firm 1990 E. Algonquin Rd, Ste 180 Schaumburg, IL 60173 | | 5,728.45 | NA | NA | 0.00 |
| | Toyota Motor Credit Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Ed/glelsi Po Box 7860 Madison, WI 53707 | | 137,757.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Village of Niles PO Box 88850 Carol Stream, IL 60188 | | 1,040.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Village of Oak Park 123 Madison Street Oak Park, IL 60302 | | 0.00 | NA | NA | 0.00 |
| | advanced radiology consultants 520 E 22nd St Lombard, IL 60148 | | 252.00 | NA | NA | 0.00 |
| 000005 | ACAPITA EDUCATION FINANCE CORPORATI | 7100-000 | NA | 76,153.86 | 76,153.86 | 6,557.15 |
| 000010 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 343.31 | 343.31 | 29.56 |
| 000004 | BRAZOS STUDENT FINANCE CORPORATION | 7100-000 | NA | 142,094.97 | 142,094.97 | 12,234.94 |
| 000011 | CAPITAL ONE, N.A. | 7100-000 | NA | 1,275.74 | 1,275.74 | 109.85 |
| 000007 | CAVALRY SPV II, LLC | 7100-000 | NA | 6,547.75 | 6,547.75 | 563.79 |
| 000001 | COMMONWEALTH EDISON COMPANY | 7100-000 | NA | 57.61 | 57.61 | 4.96 |
| 000003B | IDOR | 7100-000 | NA | 269.40 | 269.40 | 23.20 |
| 000009 | KEYBANK N.A. | 7100-000 | NA | 11,323.69 | 11,323.69 | 975.01 |
| 000006 | METRO ANIMAL SERVICE | 7100-000 | NA | 2,481.42 | 2,481.42 | 213.66 |
| 000008 | US DEPT OF EDUCATION | 7100-000 | NA | 141,875.99 | 141,875.99 | 12,216.08 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 483,525.68 | $ 382,423.74 | $ 382,423.74 | $ 32,928.20 |

**FORM 1**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| Case No: | 14-36483    TAB    Judge: TIMOTHY A. BARNES | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DIBARTOLO, ANDREA M | | Date Filed (f) or Converted (c): | 10/07/14 (f) |
| | | | 341(a) Meeting Date: | 11/24/14 |
| For Period Ending: | 01/11/16 | | Claims Bar Date: | 06/04/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7539 W. Devon Avenue Chicago, IL 60631 value per z | 297,449.00 | 0.00 | | 0.00 | FA |
| 2. Checking with TCF | 0.00 | 0.00 | | 0.00 | FA |
| 3. Checking with Chase pre-paid account | 0.00 | 0.00 | | 0.00 | FA |
| 4. Checking PNC pre-paid | 0.00 | 0.00 | | 0.00 | FA |
| 5. Security Deposit with people's gas | 100.00 | 0.00 | | 0.00 | FA |
| 6. Security Deposit with ComEd | 100.00 | 0.00 | | 0.00 | FA |
| 7. Furniture | 400.00 | 0.00 | | 0.00 | FA |
| 8. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 10. 2003 Cadillac CTS value per kbb.com | 3,716.00 | 0.00 | | 0.00 | FA |
| 11. PI lawsuit (u)    Personal Injury lawsuit (amended 11-14)    2012-L-006265    DIBARTOLO v. WALMART STORES, et. al. | 400,000.00 | 135,000.00 | | 150,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $702,265.00 | $135,000.00 | | $150,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PI case settled, court authorized, funds received 7-15

REOPENED CASE  PI CASE PENDING

PI CASE /SPECIAL COUNSEL EMPLOYED 4/15

TFR FILED 09-24-15 HEARING PENDING 10-21-2015

Ver: 19.05a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-36483    TAB    Judge: TIMOTHY A. BARNES | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | DIBARTOLO, ANDREA M | Date Filed (f) or Converted (c): | 10/07/14 (f) |
| | | 341(a) Meeting Date: | 11/24/14 |
| | | Claims Bar Date: | 06/04/15 |

Initial Projected Date of Final Report (TFR): 12/31/15          Current Projected Date of Final Report (TFR): 12/31/16

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

FORM 2

Exhibit 9

| Case No: | 14-36483  -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DIBARTOLO, ANDREA M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2771  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8075 | | |
| For Period Ending: | 01/11/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/15 | 11 | AMERICA FAMILY INSURANCE GROUP | PERSONAL INJURY SETTLEMENT | 1242-000 | 150,000.00 | | 150,000.00 |
| 07/10/15 | 010001 | KAISER LAW DANIEL J. KAISER 1035 S YORK ROAD BENSENVILLE, IL 60106 | PI ATTY FEES | 3210-000 | | 50,000.00 | 100,000.00 |
| 07/10/15 | 010002 | ADVANTEDGE as Agent for MIDWEST DIAGNOSTIC PATHOLOGY 520 EAST 22ND STREET LOMBARD, IL 60148 | LIENS ACCT # L-000360776 | 4220-000 | | 82.00 | 99,918.00 |
| 07/10/15 | 010003 | ADVANTEDGE as Agent for ADVANCED RADIOLOGY CONSULTANTS 520 EAST 22ND STREET LOMBARD, IL 60148 | LIENS ACCT # L-061360776 | 4220-000 | | 100.00 | 99,818.00 |
| 07/10/15 | 010004 | MALCOLM GERALD as Agent for ADVOCATE MEDICAL GROUP 332 S MICHIGAN AVE # 600 CHICAGO, IL 60604 | LIEN ACCT# 675777 | 4220-000 | | 800.00 | 99,018.00 |
| 07/10/15 | 010005 | MIRAMED as Agent for ADVOCATE LUTHERAN GENERAL 99 OAK CREEK DRIVE LOMBARD, IL 60148 | LIEN ACCT# 8175977 | 4220-000 | | 25,078.50 | 73,939.50 |
| 07/10/15 | 010006 | HARRIS & HARRIS as Agent for ADVOCATE LUTHERAN GENERAL 222 MERCHANDISE MART PLAZA # 1900 CHICAGO, IL 60654 | LIEN ACCT# 17040907 | 4220-000 | | 800.00 | 73,139.50 |
| 07/10/15 | 010007 | ANDREA M DIBARTOLO 7539 W. Devon Ave Chicago, IL 60631 | FULL AND FINAL STATUTORY PI EXEMPTI | 8100-000 | | 15,000.00 | 58,139.50 |
| 07/10/15 | 010008 | KAISER LAW | PI ATTY | 3220-000 | | 6,981.19 | 51,158.31 |
| | | Page Subtotals | | | 150,000.00 | 98,841.69 | |

Ver: 19.05a

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-36483  -TAB |
| Case Name: | DIBARTOLO, ANDREA M |

| | |
|---|---|
| Taxpayer ID No: | *******8075 |
| For Period Ending: | 01/11/16 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2771  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | DANIEL J. KAISER | EXPENSES | | | | |
| | | 1035 S YORK ROAD | | | | | |
| | | BENSENVILLE, IL 60106 | | | | | |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 92.24 | 51,066.07 |
| 10/23/15 | 010009 | ANDREW J. MAXWELL, TRUSTEE | TRUSTEE COMP | 2100-000 | | 10,000.00 | 41,066.07 |
| | | 105 W. ADAMS | C/O 10/21/2015 | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO,  IL 60603 | | | | | |
| 10/23/15 | 010010 | MAXWELL LAW GROUP, LLC | TR ATTY COMP & EXP. | | | 5,611.82 | 35,454.25 |
| | | 105 WEST ADAMS | C/O 10/21/2015 | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO, IL 60603 | | | | | |
| | | | Fees        5,555.00 | 3210-000 | | | |
| | | | Expenses        56.82 | 3220-000 | | | |
| 10/23/15 | 010011 | IRS | Claim #2,  Final Payment | 5800-000 | | 1,591.12 | 33,863.13 |
| | | P.O. Box 7346 | c/o 10/21/15 | | | | |
| | | Philadelphia, PA 19101-7346 | | | | | |
| 10/23/15 | 010012 | IDOR | Claim #3A,  Final Payment | 5800-000 | | 934.93 | 32,928.20 |
| | | PO Box 64338 | c/o 10/21/15 | | | | |
| | | Chicago, IL 60664-0338 | | | | | |
| 10/23/15 | 010013 | CLERK OF US BANKRUPTCY COURT | Claim #1,  Final Payment | 7100-000 | | 4.96 | 32,923.24 |
| | | NORTHERN DISTRICT OF ILLINOIS | c/o 10/21/15 | | | | |
| | | 219 S. DEARBORN | Small Dividents | | | | |
| | | CHICAGO IL 60604 | Commonwealth Edison Company | | | | |
| | | | 3 Lincoln Center | | | | |
| | | | Attn: Bankruptcy Department | | | | |
| | | | Oakbrook Terrace, IL 60181 | | | | |
| 10/23/15 | 010014 | IDOR | Claim #3B, Final Payment | 7100-000 | | 23.20 | 32,900.04 |
| | | PO Box 64338 | c/o 10/21/15 | | | | |
| | | Chicago, IL 60664-0338 | | | | | |

Page Subtotals                0.00          18,258.27

Ver: 19.05a

Page:   3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:       14-36483  -TAB

Case Name:    DIBARTOLO, ANDREA M

Taxpayer ID No: *******8075

For Period Ending: 01/11/16

Trustee Name:         ANDREW J. MAXWELL, TRUSTEE

Bank Name:            ASSOCIATED BANK

Account Number / CD #:    *******2771  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/23/15 | 010015 | Brazos Student Finance Corporation<br>Murray Watson, Jr. & Associates<br>2600 Washington Ave.<br>Waco, TX 76710 | Claim #4, Final Payment<br>c/o 10/21/15 | 7100-000 | | 12,234.94 | 20,665.10 |
| 10/23/15 | 010016 | Acapita Education Finance Corporation<br>Murray Watson, Jr. & Associates<br>2600 Washington Avenue<br>Waco, TX 76710 | Claim #5, Final Payment<br>c/o 10/21/15 | 7100-000 | | 6,557.15 | 14,107.95 |
| 10/23/15 | 010017 | Metro Animal Service<br>c/o Collection Professionals Inc.<br>PO Box 416<br>LaSalle, IL 61301 | Claim #6, Final Payment<br>c/o 10/21/15 | 7100-000 | | 213.66 | 13,894.29 |
| 10/23/15 | 010018 | Cavalry SPV II, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Claim #7, Final Payment<br>c/o 10/21/15 | 7100-000 | | 563.79 | 13,330.50 |
| 10/23/15 | 010019 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53704-8973 | Claim #8, Final Payment<br>c/o 10/21/15 | 7100-000 | | 12,216.08 | 1,114.42 |
| 10/23/15 | 010020 | KEYBANK N.A.<br>C/O WELTMAN, wEINBERG & REIS CO.<br>323 W. LAKESIDE AVENUE, STE 200<br>CLEVELAND, OH 44113 | Claim #9, Final Payment<br>c/o 10/21/15 | 7100-000 | | 975.01 | 139.41 |
| 10/23/15 | 010021 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | Claim #10, Final Payment<br>c/o 10/21/15 | 7100-000 | | 29.56 | 109.85 |
| 10/23/15 | 010022 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001 | Claim #11, Final Payment<br>c/o 10/21/15 | 7100-000 | | 109.85 | 0.00 |

Page Subtotals          0.00          32,900.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 25)*

Ver: 19.05a

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 14-36483  -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | DIBARTOLO, ANDREA M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2771  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8075 | | |
| For Period Ending: | 01/11/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Malvern, PA 19355-0701 | | | | | |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 150,000.00 | 150,000.00 | 0.00 |
| | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 150,000.00 | 150,000.00 | |
| | Less:  Payments to Debtors | | | 15,000.00 | |
| | Net | | 150,000.00 | 135,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2771 | 150,000.00 | 135,000.00 | 0.00 |
| | --------------------- | --------------------- | --------------------- |
| | 150,000.00 | 135,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 19.05a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 26)*